NOTICE OF DELINQUENCY AND OBSTRUCTION OF DUE PROCESS IN APPEALS PROCEEDINGS

February 9, 2007

To: M(s) Karen Mitchell, Clerk
U.S. District Court, Dallas, Texas
1100 Commerce Ave.
Dallas, Texas 75242

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 14 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Re: Case No.s 7 and 27, U.S. v. McLaren et al, 3:97-CR-128, 00-CV-707.

Notice is hereby given to the above Clerk and parties via of a "MEMORANDUM INVOKING DUE PROCESS OF APPEALS PROCESS AT LAW", dated February 1, 2007 with the filed Clerks Office of the U.S. Supreme Court.

That you and your Office as of February 6, 2007 are in common law delinquency and are obstructing Appellant's right to appeals by: 1) intentionally forwarding this appeal to wrong appeals court, and one that has by order since June 4, 1998, blocked Appellant's rights to appeal before that court,(1); 2) have not provided file stamp copies of Appendix "A" and "B" to Appelants to their January 31, 2007, notice; and 3) copies of all Dockets sheets to date in both actions, all of which are necessary for the Appealants to complete their jurisdictional statement with the U.S. Supreme Court to docket their appeal.

Should these delinquencies fail to be corrected by your office in the next 10 days, Appellant's reserve the right to perfect default against you, your office, and all lower court proceedings. Where not already voided.

By: _____

His Excellency
Mr. Richard Lance McLaren
Chief Ambassador and Consul General
Of The Republic of Texas

cc. Clerk, U.S. Supreme Court.

(1)  See; Page 3,, Note (4), Pharagraph 6, to Appelant's "Joint Notice", of
     June 30, 2006, filed with this court of December 18, 2006. Also see
     for copies of "Administrative Orders" By Cheif Judge of 5th Circuit
     blocking the Appellant's rights before and with court, are in 00- CV-707
[ Further the U.S. 5th Circuit has no jurisdiction over this appeal since it
forms part of and is in contiguity within the original "Joint Notice".
See: Sec.III to "Corrected Notice of Appeal", of 1/31/07.]

Richard McLaren #602782
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

Legal Mail

75242+1310

AMARILLO TX 791

12 FEB 2007 PM 2 T

U.S. District Court
1100 Commerce St. Rm 1452
Att. Clerk
Dallas, Texas 75242



CLERK, U.S. DIST. COURT
NORTHERN DISTRICT OF TEXAS